

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2023

No. 04-22-00421-CR

Aaron **POUCH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B19622-1
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

After Appellant's court-appointed counsel filed an *Anders* brief, on November 22, 2022, we notified Appellant that if he desired to file a pro se brief, he must file it by January 3, 2023. *See* TEX. R. APP. P. 38.6(a). On January 3, 2023, Appellant filed a pro se motion for access to the appellate record.

We direct the clerk of this court to send Appellant, by first-class mail, a printed copy of the clerk's and reporter's records at no cost to Appellant, and to mail the records within one day of the date of this order.

Appellant also requested additional time to file a pro se brief. The request is granted. We **order** Appellant to file his brief within **forty days** of the date of this order. *See* TEX. R. APP. P. 38.6(d). If Appellant files a pro se brief, the State may file a responsive brief not later than thirty days after the date Appellant's pro se brief is filed in this court. *See id.* R. 38.6(b).

If this court determines Appellant's appeal is frivolous, Appellant may file a petition for discretionary review with the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.4. Appellant must file the petition with the Clerk of the Court of Criminal Appeals within thirty days after this court issues its judgment. *See* TEX. R. APP. P. 68.2(a). The petition should be addressed to Clerk of the Court of Criminal Appeals, P.O. Box 12308, Austin, Texas 78711.

Counsel's motion to withdraw is held in abeyance pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2023.

MICHAEL A. CRUZ, Clerk of Court